IN RE TROY.

BEEM *v.* MAYS.

(158 Pac. 172.)

From Union: GUSTAV ANDERSON, Judge.

This hearing is upon a motion to recall the mandate heretofore issued in this cause. For former opinion, see 79 Or. 247 (152 Pac. 103). MOTION DENIED.

There was a brief submitted over the names of *Mr.*
*Turner Oliver* and *Mr. Joel H. Richardson,* in support
of the motion.

*Contra,* there was a brief and an oral argument by
*Mr. Francis S. Ivanhoe.*

In Banc.    MR. JUSTICE HARRIS delivered the opinion
of the court.

The decree rendered by the trial court was affirmed
on December 28, 1915: *Beem* v. *Mays,* 79 Or. 247 (152
Pac. 103).   An exhaustive petition for a rehearing
was filed on January 27, 1916, but after carefully re-
examining the objections made to the final account of
the guardian we again arrived at the same conclusion
reached by the circuit judge, and denied the petition
for a rehearing on February 15, 1916, and on the next
day our mandate was issued.   The appellants after-
ward filed a motion to recall the mandate.

The arguments advanced in support of the motion
are substantially a restatement of the contentions
which were presented at the first hearing and repeated
in the petition for a rehearing; and although the mo-
tion to recall the mandate is in effect a second motion
for a rehearing, we have nevertheless yielded to the
earnest insistence of appellants, and for the third time
have examined the record, with the result that we come
to the same conclusions as before.   The guardian was
careless in keeping his accounts in a loose and slipshod
manner, and, as suggested by the findings of the cir-
cuit judge, this carelessness made litigation inevitable;
and yet, on the whole record, we think the decree
appealed from strikes a correct balance.

The motion to recall the mandate is denied.

MOTION DENIED.